Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHEET METAL WORKERS INTERNATIONAL ASSOCIATION, LOCAL 66; INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS,<br><br>                         Plaintiffs,<br><br>v.<br><br>NORTHSHORE EXTERIORS, INC.,<br><br>                         Defendant,<br><br>v.<br><br>CENTRAL PUGET SOUND REGIONAL TRANSIT AUTHORITY<br><br>                         Real Party in Interest. | Case No. 19-01261JLR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE**<br><br>**NOTED ON MOTION CALENDAR: NOVEMBER 18, 2020** |

*Order Granting Stipulated Motion to Extend
Noting Date* - Page 1
Case No. 19-CV-01261-JLR

THIS MATTER comes before the above entitled Court upon the Parties' Stipulated Motion to Extend Noting Date, and the Court having reviewed the motion and related record; and the Court being fully advised; and good cause appearing therefore;

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

1. The noting date for Defendant's Motion for Summary Judgment (Dkt. # 34) and Plaintiffs' Motion to Confirm Plan Directive (Dkt. # 37) is extended to Monday, November 30, 2020.

2. The replies in support of Defendant's Motion for Summary Judgment (Dkt. # 34) and Plaintiffs' Motion to Confirm Plan Directive (Dkt. # 37) are hereby due on or before Monday, November 30, 2020.

IT IS SO ORDERED.

DATED this 19th day of November, 2020.

JAMES L. ROBART
United States District Judge